**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.
                                      Plaintiff,

v.                                                                                    Case No.: 1:20−cv−02947
                                                                                  Honorable John Z. Lee

Arkray USA, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 16, 2020:

      MINUTE entry before the Honorable John Z. Lee: The Court has reviewed the status report. Pursuant to the request of the parties, the related case, Glen Ellyn Pharmacy, Inv. v. Arkray USA, Inc., No 20−cv−2947, is hereby terminated.Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.